## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re                                        :        **Chapter 11**
                                             :
**RENTPATH HOLDINGS, INC.,** *et al.,*       :        **Case No. 20– 10312 (BLS)**
                                             :
                                             :
         **Debtors.** [1]                    :        **(Jointly Administered)**

------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and (2) via email on the ECF Email Service List attached hereto as **Exhibit B** and (3) via first class mail on the Interested Parties Service List attached hereto as **Exhibit C**

- Certification of Counsel Regarding Order Amending Order (I) Approving (A) Bidding Procedures, (B) Designation of Stalking Horse Bidder and Stalking Horse Bid Protections, (C) Scheduling Auction and Sale Hearing, (D) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (E) Assumption and Assignment Procedures and (II) Granting Related Relief [Docket No. 336]

- Order Amending Order (I) Approving (A) Bidding Procedures, (B) Designation of Stalking Horse Bidder and Stalking Horse Bid Protections, (C) Scheduling Auction and Sale Hearing, (D) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (E) Assumption and Assignment Procedures and (II) Granting Related Relief [Docket No. 337]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: RentPath Holdings, Inc. (1735); RentPath, LLC (7573); Consumer Source Holdings LLC (8150); Discover Home Network, LLC (4311); Easy Media, LLC (5455); Electronic Lead Management, Inc. (4986); Electronic Lead Management MA, Inc. (3113); Electronic Lead Management VA, Inc. (7698); Live Response Solutions Holdings, LLC (0462); Live Response Solutions, LLC (5120); VIVA Group Brokerage, Inc. (7156); and VIVA Group, LLC (0789).  The Debtors' mailing address is 950 East Paces Ferry Road NE, Suite 2600, Atlanta, Georgia 30326.

Dated: May 19, 2020

/s/ Shunte Jones
Shunte Jones

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 19, 2020, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 42200

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Second Lien Ad Hoc Committee | Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | pdublin@akingump.com | First Class Mail and Email |
| Counsel to the Second Lien Ad Hoc Committee | Akin Gump Strauss Hauer & Feld LLP | Attn: Rachel Biblo Block<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201-2481 | rbibloblock@akingump.com | First Class Mail and Email |
| Top 30 Creditor | Amazon Web Services | Attn: David Zapolsky, SVP, General Counsel<br>410 Terry Avenue North<br>Seattle WA 98109-5210 | | First Class Mail |
| Top 30 Creditor | American Express | Attn: Kristen Mccabe<br>Director, Legal Operations<br>200 Vesey Street Lower Manhattan<br>New York NY 10285 | | First Class Mail |
| Top 30 Creditor | A-Plus Meetings & Incentives Inc | Attn: John Harden, Controller<br>901 Ponce De Leon Blvd<br>Suite 600<br>Coral Gables FL 33134 | Info@aplusmeetings.com | First Class Mail and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as the Successor Administrative Agent and Collateral Agent under that Certain Second Lien Credit Agreement | Ashby & Geddes, P.A. | Attn: William P. Bowden, Gregory A. Taylor<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899-1150 | wbowden@ashbygeddes.com<br>gtaylor@ashbygeddes.com | First Class Mail and Email |
| Top 30 Creditor | Ausy North America Inc | Attn: Jill Lawson, SVP<br>8401 Greensboro Dr<br>Suite 500<br>Mclean VA 22102 | | First Class Mail |
| Counsel to Oracle America, Inc. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Top 30 Creditor | Charter Global Inc | Attn: Ken Reaves, SVP Client Services<br>7000 Central Parkway<br>Suite 1100<br>Atlanta GA 30328 | Info@charterglobal.com<br>hrteam@charterglobal.com | First Class Mail and Email |
| Top 30 Creditor | Chatmeter, Inc. | Attn: Kurt Klitzner, VP of Finance<br>225 Broadway<br>Suite 1700<br>San Diego CA 92101 | Finance@chatmeter.com<br>info@chatmeter.com | First Class Mail and Email |
| Counsel to Colorado Department of Revenue | Colorado Department of Law | Attn: James B. Holden, Deanna Lee Westfall<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 8th Floor<br>Denver CO 80203 | james.holden@coag.gov<br>deanna.westfall@coag.gov | First Class Mail and Email |
| Top 30 Creditor | Criteo Corp | Attn: Ryan Damon, EVP<br>General Counsel & Corporate Secretary<br>32 Rue Blanche, Paris<br>Ile-de-France 75009 France | contact@criteo.com | First Class Mail and Email |
| Top 30 Creditor | Csg Pro | Attn: Ron Ellis Gaut, President<br>9755 SW Barnes Rd #660<br>Portland OR 97225 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Top 30 Creditor | Dialogtech Inc | Attn: Bob Burns, CFO<br>120 S Riverside Plaza<br>Suite 1100<br>Chicago IL 60606 | AR@dialogtech.com | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | First Class Mail |
| Top 30 Creditor | Facebook, Inc. | Attn: Jennifer Newstead<br>General Counsel<br>1601 Willow Road<br>Menlo Park CA 94025 | Legal@facebook.com | First Class Mail and Email |
| Top 30 Creditor | FMR Inc. | Attn: Jonathan Chiel, EVP & General Counsel<br>82 Devonshire Street<br>Boston MA 02109 | | First Class Mail |
| Counsel to Corelogic | Foley & Lardner LLP | Attn: Richard J. Bernard, Leah M. Eisenberg and Katherine R. Catanese<br>90 Park Ave.<br>New York NY 10016 | rbernard@foley.com<br>leisenberg@foley.com<br>kcatanese@foley.com | First Class Mail and Email |
| Counsel to Microsoft Corporation, Microsoft Licensing, GP, and Microsoft Online, Inc. | Fox Rothschild LLP | Attn: Joseph E. Shickich, Jr., Esq.<br>1001 - 4th Avenue, Suite 4500<br>Seattle WA 98154 | jshickich@foxrothschild.com | First Class Mail and Email |
| Counsel to Microsoft Corporation, Microsoft Licensing, GP, and Microsoft Online, Inc. | Fox Rothschild LLP | Attn: Katelyn M. Crawford, Esq.<br>919 North Market Street, Suite 300<br>Wilmington DE 19801 | kcrawford@foxrothschild.com | First Class Mail and Email |
| Top 30 Creditor | Frontline Call Center LLC | Attn: Andrew Vandenberg, CFO<br>9 Hope Lane<br>Eastsound WA 98245 | | First Class Mail |
| Top 30 Creditor | Gauss and Neumann SL | Attn: Alberto Cabezas-Castellanos, CEO<br>Paseo de Gracia 11<br>Planta 8<br>Barcelona 8007 Spain | ACABEZAS@G-N.COM | First Class Mail and Email |
| Top 30 Creditor | Google Inc | Attn: Kent Walker, SVP General Counsel<br>c/o Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View CA 94043 | Legal@google.com | First Class Mail and Email |
| Top 30 Creditor | Hootsuite Media Inc | Attn: Ric Leong, SVP Finance<br>5 E 8th Ave<br>Vancouver BC V5T 1R6 Canada | AR@hootsuite.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Creditor | Incontact Inc | Attn: Paul Jarman, CEO<br>75 West Towne Ridge Parkway<br>Tower One<br>Sandy UT 84070 | | First Class Mail |
| Top 30 Creditor | Insight Global Inc. | Attn: Glynis Bryan, CFO<br>6820 S. Harl Ave.<br>Tempe AZ 85283 | Phoenix@insightglobal.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to CSGP Holdings, LLC | Jones Day | Attn: Daniel T. Moss<br>51 Louisiana Avenue, N.W.<br>Washington DC 20001-2113 | dtmoss@jonesday.com | First Class Mail and Email |
| Counsel to CSGP Holdings, LLC | Jones Day | Attn: Nicholas J. Morin<br>250 Vesey Street<br>New York NY 10281-1047 | nmorin@jonesday.com | First Class Mail and Email |
| Top 30 Creditor | Linkedin Corporation | Attn: Blake Lawit<br>SVP & General Counsel<br>1000 W. Maude Avenue<br>Sunnyvale CA 94085 | | First Class Mail |
| Top 30 Creditor | Microsoft Corporation | Attn: Brad Smith, President & Chief Legal Officer<br>Law & Legal Affairs<br>One Microsoft Way<br>Redmond WA 98052 | | First Class Mail |
| Top 30 Creditor | Microsoft Online, Inc | Attn: Brad Smith, President & Chief Legal Officer<br>Law & Legal Affairs<br>One Microsoft Way<br>Redmond WA 98052 | Adbill@microsoft.com | First Class Mail and Email |
| Local Counsel and Counsel to Ad Hoc Group, Counsel to the Crossholder Ad Hoc Committee | Milbank LLP | Attn: Evan Fleck, Nelly Almeida, Andrew Harmeyer<br>55 Hudson Yards<br>New York NY 10001-2163 | efleck@milbank.com<br>nalmeida@milbank.com<br>aharmeyer@milbank.com | First Class Mail and Email |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue | Attn: Sheryl L. Moreau<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel to the Crossholder Ad Hoc Committee, First Lien Term Loan and Second Lien Term Loan | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Joseph C. Barsalona II<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | aremming@mnat.com<br>jbarsalona@mnat.com | First Class Mail and Email |
| Top 30 Creditor | Mulesoft LLC | Attn: Simon Parmett, CEO<br>415 Mission Street<br>San Francisco CA 94105 | AR@mulesoft.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Ben Hackman<br>J. Caleb Boggs Federal Building<br>844 King St., Ste 2207, Lockbox 35<br>Wilmington DE 19801 | USTPRegion03.WL.ECF@USDOJ.GOV<br>benjamin.a.hackman@usdoj.gov | First Class Mail and Email |
| Top 30 Creditor | Optimizely Inc. | Attn: Derrick Alesevich, VP Legal<br>631 Howard Street<br>Suite 100<br>San Francisco CA 94105 | Accounting@optimizely.com | First Class Mail and Email |
| Top 30 Creditor | Palo Alto Networks Inc | Attn: Jeff True, EVP & General Counsel<br>3000 Tannery Way<br>Santa Clara CA 95054 | Arremit@PALOALTONETWORKS.COM | First Class Mail and Email |
| DIP Agent, First Lien Term Loan Agent and Second Lien Term Loan Agent | Paul Hastings LLP | Attn: Michael Baker, Shekhar Kumar<br>200 Park Avenue<br>New York NY 10166 | shekharkumar@paulhastings.com<br>michaelbaker@paulhastings.com | First Class Mail and Email |
| Counsel to CSGP Holdings, LLC | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899 | jryan@potteranderson.com<br>rmcneill@potteranderson.com | First Class Mail and Email |
| Counsel to the Successor Second Lien Agent, Wilmington Savings Fund Society, FSB, as the successor Administrative Agent and Collateral Agent | Pryor Cashman LLP | Attn: Seth Lieberman, Patrick Sibley, Marie Polito Hofsdal<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>PSibley@PRYORCASHMAN.com<br>MHofsdal@PRYORCASHMAN.com | First Class Mail and Email |
| Counsel to Debtor | Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, Zachary I. Shapiro, J. Zachary Noble<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | defranceschi@rlf.com<br>shapiro@rlf.com<br>noble@rlf.com | Email |
| Top 30 Creditor | Sada Systems Inc. | Attn: Patrick Monaghan<br>Chief Legal Officer, General Counsel<br>5250 Lankershim Blvd. Suite 620<br>Los Angeles CA 91601 | legal@sada.com | First Class Mail and Email |
| Top 30 Creditor | Salesforce Inc | Attn: Mark Hawkins, President & CFO, Kevin Ramirez<br>415 Mission Street<br>San Francisco CA 94105 | legal@salesforce.com<br>kramirez@salesforce.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Top 30 Creditor | Smart Source of Georgia LLC | Attn: Thomas D'Agostino Jr, CEO<br>7270 McGinnis Ferry Road<br>Suwanee GA 30024 | | First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Creditor | Smartshoot Inc | Attn: John Mcweeny, COO<br>121 2nd Street<br>Second Floor<br>San Francisco CA 94105 | | First Class Mail |
| Top 30 Creditor | Tangocode Inc | Attn: Veronica Buitron, CEO<br>1143 West Rundell Pl<br>Suite 300<br>Chicago IL 60607 | VBuitron@tangocode.com | First Class Mail and Email |
| TN Department of Revenue | TN Dept of Revenue | Attn: General Counsel<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | First Class Mail and Email |
| Top 30 Creditor | Trendline Interactive Holdings LLC | Attn: Morgan Stewart, CEO<br>11612 Bee Caves Road<br>Suite 220<br>Austin TX 78738 | talk@trendlinei.com | First Class Mail and Email |
| United States Attorney General/Antitrust Division of the Department of Justice | United States Department of Justice | Attn: Makan Delrahim<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| US Attorney for The District Of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to the Consenting Sponsor | Vinson & Elkins LLP | Attn: David Meyer<br>1114 Avenue of the Americas<br>32nd Floor<br>New York NY 10036 | dmeyer@velaw.com | First Class Mail and Email |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, David N. Griffiths, Andriana Georgallas<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>david.griffiths@weil.com<br>andriana.georgallas@weil.com | Email |
| Counsel to Oak Valley Owner, LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq.<br>800 Kennesaw Avenue, Suite 400<br>Marietta GA 30060-7946 | bankruptcy@evict.net | First Class Mail and Email |
| Top 30 Creditor | Zumper, Inc | Attn: Anthemos Georgiades, CEO<br>49 Geary Street<br>Suite 350<br>San Francisco CA 94108 | Anthemos@zumper.com | First Class Mail and Email |

**<u>Exhibit B</u>**

## Exhibit B
### ECF Email Service List
### Served via email

| NAME | EMAIL |
|------|-------|
| Joseph Charles Barsalona II | jbarsalona@mnat.com;  joseph--barsalona-5332@ecf.pacerpro.com; meghan-leyh-4080@ecf.pacerpro.com; emily-malafronti-2874@ecf.pacerpro.com; glenn-reimann-6767@ecf.pacerpro.com |
| Richard J. Bernard | rbernard@foley.com;  NORTHEAST-LitigationDocket@foley.com; CHI-LitigationDocket@foley.com |
| William Pierce Bowden | wbowden@ashby-geddes.com |
| Shawn M. Christianson | schristianson@buchalter.com, cmcintire@buchalter.com |
| Katelyn May Crawford | kcrawford@foxrothschild.com; slynch@foxrothschild.com |
| Travis James Cuomo | cuomo@rlf.com;  rbgroup@rlf.com;ann-jerominski- 2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | defranceschi@rlf.com;  RBGroup@rlf.com;ann-jerominski- 2390@ecf.pacerpro.com |
| Phillip C. Dublin | pdublin@akingump.com |
| Daniel G. Egan | daniel.egan@ropesgray.com |
| Matthew A. Gold | courts@argopartners.net |
| Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| Andrew Harmeyer | aharmeyer@milbank.com;  jbrewster@milbank.com |
| Marie Hofsdal | mhofsdal@pryorcashman.com |
| Megan Kenney | kenney@rlf.com;  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Seth H. Lieberman | slieberman@pryorcashman.com |
| Laura L. McCloud | agbankdelaware@ag.tn.gov |
| R. Stephen McNeill | bankruptcy@potteranderson.com;  bankruptcy@potteranderson.com |
| Sheryl L. Moreau | deecf@dor.mo.gov |
| Victor W. Newmark | vnewmark@evict.net |
| J. Zachary Noble | noble@rlf.com;  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Jeremy William Ryan | jryan@potteranderson.com;  bankruptcy@potteranderson.com |
| Zachary I Shapiro | shapiro@rlf.com;  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Joseph Emil Shickich | jshickich@foxrothschild.com;  vmagda@foxrothschild.com |
| Patrick Sibley | psibley@pryorcashman.com |
| Benjamin Joseph Steele | ecf@primeclerk.com |

In re:  RentPath Holdings, Inc., *et al.*
Case No. 20-10312 (BLS)

## Exhibit B
ECF Email Service List
Served via email

| NAME | EMAIL |
|---|---|
| Gregory A. Taylor | gtaylor@ashbygeddes.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

**<u>Exhibit C</u>**

## Exhibit C

**Due to the confidential nature of these parties, this list has been redacted.  This information will be made available to the Court, U.S. Trustee and any official committee upon request.**